

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CITY OF EL PASO, | § | No. 08-19-00262-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| JOLANDE A. AGUILAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV3624) |
| | § | |

## **O R D E R**

On December 17, 2019, the parties filed an Agreed Motion to Correct Inaccuracies in the Reporter's Record pursuant to Tex.R.App.P. 34.6(e). Attached to the motion are exhibits that were purportedly excluded from the Reporter's Record. However, on December 16, 2019, the court reporter filed a supplemental reporter's record containing the exact same exhibits that are the subject of the motion to correct. Since these exhibits have been submitted in a supplemental reporter's record, the Agreed Motion to Correct Inaccuracies in the Reporter's Record is denied as moot.

IT IS SO ORDERED this 20th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.